FILED: May 19, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1828

_____

MARVIN DUBON MIRANDA; AJIBADE THOMPSON ADEGOKE; JOSE DE
LA CRUZ ESPINOZA,

        Plaintiffs – Appellees,

v.

MERRICK B. GARLAND, Attorney General; ALEJANDRO N. MAYORKAS,
Secretary; MATTHEW T. ALBENCE, Deputy Director and Senior Official
Performing the Duties of the Director; DAVID L. NEAL, Director; JANEAN
OHIN, Acting Director; WILLIAM DELAUTER, Corrections Bureau Chief; JACK
KAVANAGH, Director; DONNA BOUNDS, Warden,

        Defendants – Appellants.

----------------------------------------------

CONSTITUTIONAL ACCOUNTABILITY CENTER; LEGAL AID JUSTICE
CENTER; THE ROUNDTABLE OF FORMER IMMIGRATION JUDGES;
AMERICAN IMMIGRATION LAWYERS ASSOCIATION-DC; AYUDA, INC.;
THIRTY SOCIAL SCIENCE SCHOLARS AND RESEARCHERS,

        Amici Supporting Appellee.

_____

O R D E R

_____

The Court amends its opinion filed on May 12, 2022, as follows:

On page 13, in the first line of the third paragraph, the words "of exhaustion" are

added between "doctrine" and "of administrative remedies."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk